| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gould, Ronald M | 2. Court or Organization U.S. Ct. of Appeals, 9th Cir. | 3. Date of Report 5/9/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/04 to 12/31/04 |
| 7. Chambers or Office Address 1200 Sixth Avenue 21st Floor Seattle, Washington 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Executive Board | Chief Seattle Council, Boy Scouts of America |
| 2 | Board | Ninth Judicial Circuit Historical Society |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 10 12 47 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Schwab & Co. | margin loan on stock account | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 5/9/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. Dell Computer Corp., common stock | | None | | | sell | 5/19 | K | D | |
| 3. ChevronTexaco Corp., common stock | C | Dividend | M | T | | | | | |
| 4. Intl Business Machines, common stock | | None | | | buy | 5/19 | L | | |
| 5. Intl Business Machines, common stock | | None | | | sell | 6/15 | L | B | |
| 6. Intl Business Machines, common stock | | None | | | buy | 8/6 | L | | |
| 7. Intl Business Machines, common stock | | None | | | sell | 8/9 | L | | |
| 8. Vanguard Long-Term Bond Index Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard Intermediate Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 10. Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 11. Johnson Controls Inc., common stock | A | Dividend | L | T | | | | | |
| 12. Charles Schwab IRA Acct. | | | | | | | | | |
| 13. McDonald's Corp., common stock | A | Dividend | K | T | | | | | |
| 14. Charles Schwab Accts., Cash & Sweep Money Market Funds | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank Acct. | A | Interest | J | T | | | | | |
| 16. Perkins Building Partnership | A | Rent | J | W | partial sale | 9/22 | J | D | buyers were other partners |
| 17. Vanguard/IRA Acct. for Ronald M. Gould | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 5/9/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Primecap Fund Admiral Shares | D | Dividend | P1 | T | | | | | |
| 19. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Short-Term Bond Index Fund Investor Shares | B | Dividend | L | T | | | | | |
| 21. Vanguard Short-Term Investment-Grade Fund Investor Shares | C | Dividend | L | T | | | | | |
| 22. Vanguard Capital Opportunity Fund Admiral Shares | C | Dividend | O | T | | | | | |
| 23. Vanguard Brokerage Services | | | | | | | | | |
| 24. Boeing Co., common stock | A | Dividend | K | T | | | | | |
| 25. ChevronTexaco Corp., common stock | D | Dividend | N | T | | | | | |
| 26. Cisco Systems Inc., common stock | | None | K | T | | | | | |
| 27. Dell Computer Corp., common stock | | None | K | T | | | | | |
| 28. Intel Corp., common stock | A | Dividend | K | T | | | | | |
| 29. McDonald's Corp., common stock | C | Dividend | M | T | | | | | |
| 30. Oracle Corp., common stock | | None | K | T | | | | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In Section VI, margin loan outstanding as of 12/31/2004 was zero ($ 0.00).

In Section VII, Vanguard Short-Term Corporate Fund Investor Shares had a name change to Vanguard Short-Term Investment-Grade Fund Investor Shares, at some time during 2004.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544